# UNITED STATES DISTRICT COURT

**Eastern District of Michigan, Southern Division**

AUSA ABRAHAM
FBI KINZIG

UNITED STATES OF AMERICA

v.

## WARRANT FOR ARREST

Case No. 08-MJ-30083

DAVID WALLACE

**FILED**

TO: The United States Marshal
and any Authorized United States Officer

FEB 2 6 2008

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**YOU ARE HEREBY COMMANDED** to arrest **DAVID WALLACE** and bring him or her forthwith

to the nearest magistrate to answer a(n)

__ Indictment __ Information _x_ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with Conspiracy to Distribute Cocaine Base in violation of Title 21 United States Code,

Sections 846 and 841 (a)(1).

CHARLES E. BINDER
Name of Issuing Officer

_[signature]_
Signature

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Feb 19, 2008
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| Self Surrendered to USMS Bay City, MI |

| DATE RECEIVED 2/20/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/25/08 | Thomas J. Kubczak, Deputy | _[signature]_ Thomas J. Kubczak |

AO 442 (Rev. 5/93) Warrant for Arrest